UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROLYN SIOUX GREEN,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>MASON GENERAL HOSPITAL;<br>CENTRAL MASON FIRE,<br><br>　　　　　　　　　　Defendants. | CASE NO. 3:20-cv-06206<br><br>ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS-MOTION FOR REMAND AND MOTION TO CONTINUE |

　　　　THIS MATTER comes before the Court on Defendant Mason General Hospital's Motion for Summary Judgment (Dkt. 22), Plaintiff's Cross-Motion for Remand (Dkt. 24), and Plaintiff's Motion to Continue (Dkt. 26).  The Court has considered the pleadings filed regarding the motions and the remaining file.

　　　　Plaintiff originally filed her complaint in Mason County Superior Court and named Mason General Hospital, Central Mason Fire, the United States Department of Veterans Administration, the State of Washington, and Does 1-1,000 as defendants.  Dkt. 2.

ORDER - 1

On December 15, 2020, defendant United States Veterans Administration ("VA") removed this matter to federal court pursuant to 28 U.S.C. § 1442, which gives original jurisdiction to federal district courts over claims made against federal agencies. Dkt. 1. The VA then moved to dismiss the claims against it for lack of subject matter jurisdiction (Dkt. 17), and, on March 9, 2021, the Court granted the VA's motion and dismissed it as a defendant (Dkt. 21). After the dismissal of the claims against the VA, there are no remaining claims over which the Court has original jurisdiction. *See* Dkt. 16.

Pursuant to 28 U.S.C. § 1367(c)(3), a federal district court may decline to exercise supplemental jurisdiction if all claims over which it had original jurisdiction have been dismissed.

Therefore, Plaintiff's motion to remand to Mason County Superior Court (Dkt. 24) should be granted. Both Plaintiff's Motion to Continue (Dkt. 26) and Defendant Mason General Hospital's Motion for Summary Judgment (Dkt. 22) should be stricken and may be renoted in accordance with the rules of that court.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of April, 2021.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 2